THE HONORABLE JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELVIA FRAGOSO-AMADOR, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 02:13-CR-00050-RSL <br><br> ORDER GRANTING WITHDRAWAL <br> AND SUBSTITUTION OF ATTORNEY |

This matter comes before the Court on the motion of Michelle Peterson for leave to withdraw and substitute Kenneth Therrien as counsel of record (Dkt. # 171). Having reviewed the motion and remainder of the record, the Court GRANTS the motion to withdraw and substitute Kenneth Therrien as the attorney of record for Ms. Elvia Fragoso-Amador.

DATED this 29th day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY - 1
Case No. 02:13-CR-00050-RSL
127352.0001/5656887.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107