Judge Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ELVIA FRAGOSO-AMADOR,<br><br>Defendant. | NO. CR13-50RSL<br><br>[Proposed]<br>ORDER TO SEAL EXHIBITS 1 and 2 TO UNITED STATES' SENTENCING MEMORANDUM |

Having read the Government's Motion to Seal and because of sensitive information contained within,

It is hereby ORDERED that Exhibits 1 and 2 to the United States' Sentencing Memorandum, shall remain sealed.

DATED this 1st day of November, 2013.

_____
ROBERT S. LASNIK
United States District Judge

ORDER TO SEAL
FRAGOSO-AMADOR/CR13-50RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



13-CR-00050-LTR